UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:25-CR-161-Y |
| | § | |
| TAMMY LYNN SOUZA (01) | § | |
| AARON SMITH (02) | § | |

**REPORT OF ACTION AND RECOMMENDATION ON PLEA
BEFORE THE UNITED STATES MAGISTRATE JUDGE**

This Report of Action on Plea is submitted to the court pursuant to 28 U.S.C. § 636(b)(3). This case has been referred by the United States district judge to the undersigned for the taking of a guilty plea. The parties have consented to appear before a United States magistrate judge for these purposes.

The defendants appeared with counsel before the undersigned United States magistrate judge who addressed the defendants personally in open court and informed the defendants of, and determined that the defendants understood, the admonitions contained in Rule 11 of the Federal Rules of Criminal Procedure.

The defendants pled guilty (pursuant to a plea bargain agreement with the government) to count one of the superseding information charging defendants with the violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)). The undersigned magistrate judge finds the following:

1. The defendants, upon advice of counsel, have consented orally and in writing to enter this guilty plea before a magistrate judge subject to final approval and sentencing by the presiding district judge;

2. The defendants fully understand the nature of the charges and penalties;

3. The defendants fully understand the terms of the plea agreement;

4. The defendants understand all constitutional and statutory rights and wish to waive these rights, including the right to a trial by jury and the right to appear before a United States district judge;

5. The defendants' plea is made freely and voluntarily;

6. The defendants are competent to enter this plea of guilty;

7. There is a factual basis for this plea; and

8. The ends of justice are served by acceptance of the defendants' plea of guilty.

Although I have conducted these proceedings, accepted the defendants' plea of guilty, and pronounced the defendants guilty in open court, upon the defendants' consent and the referral from the United States district judge, that judge has the power to review my actions in this proceeding and possesses final decision-making authority. Thus, if the defendants have any objections to the findings or any other action of the undersigned they should make those known to the United States district judge within fourteen days of today.

I recommend that defendants' plea of guilty be accepted and that the defendants be adjudged guilty by the United States district judge and that sentence be imposed accordingly.

SIGNED August 13, 2025.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE